

MYRNA A. LEVINSON
WILLIAM G. SCHER *□◊
KURT LEE WEINMANN *
PAUL M. PALEY ◊
GREGG D. WEINSTOCK *‡◊
YUVAL D. BAR-KOKHBA
CHRISTINE E. FERNANDEZ
BILL GIANARIS
BARRY M. RUDERMAN
BARRY ROTHMAN ‡
ANDREW LONGO°
PAMELA D. FIELD*□
RITA F. ARONOV*
ASHER I. LABENDZ*
LAUREN E. GEHRIG°
MICHAEL D. DREWS
LAURA M. MULLANEY

WILLIAM D. BUCKLEY*+
APPELLATE COUNSEL

ALSO ADMITTED IN
 * NEW JERSEY
 ° CONNECTICUT
 ‡ WASHINGTON, D.C.
 □ FLORIDA
 ◊ NORTH DAKOTA
 + MICHIGAN

GARBARINI & SCHER
ATTORNEYS AT LAW
432 PARK AVENUE SOUTH
NEW YORK, N.Y. 10016-8013
(212) 689-1113

legal@garbarini-scher.com

LONG ISLAND OFFICE
3000 OLD COUNTRY ROAD, SUITE 600
. . . . , N.Y. 11501-4307
(516) 248-3012

WESTCHESTER OFFICE
202 MAMARONECK AVENUE, SUITE 500
WHITE PLAINS, N.Y. 10601-5312
(914) 949-7100

NEW JERSEY OFFICE
COURT PLAZA NORTH
25 MAIN STREET, SUITE 602
HACKENSACK, N.J. 07601-9007
(201) 343-2002

CONNECTICUT OFFICE
65 FIELD POINT ROAD
GREENWICH, CT 06830-6473
(203) 256-8932

CHAS. J. GARBARINI (1962-2001)
GEORGE J. KEHAYAS (1977-2010)

EMERITUS
STANLEY J. SCHER
LEONARD WEINSTOCK

August 27, 2010

**Memo Endorsed:** Pre-motion conference on 9/22/10 is adjourned to 9/28/10 at 9:00 a.m.

**SO ORDERED:**
Date: 8/30/10
Richard M. Berman, U.S.D.J.

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/30/10**

**RECEIVED AUG 30 2010 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.**

**BY HAND DELIVERY**
Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 2B
New York, NY 10007-1312

Re: *Westport Insurance Corporation v. The Hamilton Wharton Group, Inc., et al.*
Docket No. 10 CV 2188 (RMB)

Honorable Sir:

Our firm represents the plaintiff, Westport Insurance Corporation in the above-captioned matter, and respectfully seek a brief adjournment of the scheduled September 22, 2010 pre-motion conference to September 28, 2010 to permit lead counsel for plaintiff, who are based in Illinois, to attend the same.

This is the first request for an adjournment of such conference, and counsel for the potential movants, Kevin L. Smith, Esq. and Gerard S. Rath, Esq., have both graciously consented to such request. Adjournment of such conference will not effect any other dates set by the Court.

We thank Your Honor for your kind attention to this matter.

Very truly yours,

William G. Scher (WS 2891)

WGS:ak

**Honorable Richard M. Berman**
August 27, 2010
Page 2


cc:  Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038
Attn: Kevin Smith, Esq.

Zdarsky, Sawicki & Agostinelli, LLP
404 Cathedral Place
298 Main Street
Buffalo, NY 14202
Attn: David Gutowski, Esq.

Moritt Hock Hamroff & Horowitz, LLP
400 Garden City Plaza
Garden City, NY 11530
Attn: Robert L. Schonfeld, Esq.

Duane Morris, LLP
1540 Broadway
New York, NY 10036
Attn:   Eve I. Klein, Esq.
        Joanna R. Varon, Esq.

Joyce Noyes, Esq.
Westport Insurance Corporation
Walker, Wilcox, Matousek, LLP
225 W. Washington Street, Suite 2400
Chicago, IL 60606-3418

James W. Kienzle, Esq.
Westport Insurance Corporation
c/o Walker, Wilcox, Matousek
225 W. Washington Street, Suite 2400
Chicago, IL 60606-3418