UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK
================================================================

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION<br><br>Plaintiff,<br><br>-*against*-<br><br>THE HAMILTON WHARTON GROUP, INC., WALTER B. TAYLOR, individually,<br><br>And<br><br>INTER-COMMUNITY MEMORIAL HOSPITAL OF NEWFANE, INC., et al.<br><br>Defendants.<br>------------------------------------------------------------<br>THE HAMILTON WHARTON GROUP, INC. and WALTER B. TAYLOR, individually,<br><br>Third Party- Plaintiffs,<br><br>v.<br><br>IAAC, INC. and INDEPENDENT INSURANCE AGENTS & BROKERS OF NEW YORK, INC.,<br><br>Third-Party Defendants. | CASE NO. CV 10 2188 (RMB) (THK)<br><br>NOTICE OF APPEARANCE<br><br>September 14, 2010 |

TO THE CLERK OF THE COURT:

Please enter my appearance as counsel for Third-Party Defendants IAAC, Inc. and Independent Insurance Agents & Brokers of New York, Inc. in the above-referenced matter.

        Respectfully Submitted,

_____
Darren P. Renner, Esq. (DR9237)
Keidel, Weldon & Cunningham, LLP
*Attorneys for the Third-Party Defendants IAAC, INC. and INDEPENDENT INSURANCE AGENTS AND BROKERS OF NEW YORK, INC.*
925 Westchester Avenue, Suite 400
White Plains, New York 10604
Tel: 914-948-7000
Fax: 914-948-7010
drenner@kwcllp.com