~~State of New York~~   U.S. Southern Dist of NY   ~~County of Onondaga~~
~~Supreme County Court~~   ~~City Court of Syracuse~~, New York

Westport Insurance Corporation

INDEX # 10-CV-2188 (RMB)(M)
DATE OF FILING
PLAINTIFF/PETITIONER

VS

☐ DOCUMENTS WERE ENDORSED WITH THE INDEX NO. AND DATE OF FILING

The Hamilton Wharton Group Inc et al

DEFENDANT/RESPONDENT

STATE OF NEW YORK ) SS:
COUNTY OF Onondaga

Michael Brickman, being duly sworn, deposes and says, that he served the annexed Summons and Verified Complaint in the above entitled action or proceeding upon Independent Insurance Agents + Brokers of New York, the person named therein as defendant/respondent, at 5784 Widewaters Parkway, Dewitt, N.Y., on September 1, 20 10 at 3:20 P.M. TIME OF SERVICE

☐ Advanced $ _____ in witness fees.

**1. PERSONAL**

By personally delivering to and leaving with said _____ a true copy thereof, and that he knew the person so served to be the person mentioned and described in said _____

**X 2. CORP.**

By delivering to and leaving with Richard Poppa at 5784 Widewaters Parkway, Dewitt, N.Y., and that he knew the person so served to be the President/CEO of the corporation.

**RESP. PERSON**

Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person: By delivering a true copy thereof to and leaving with, _____ a person of suitable age and discretion at _____, N.Y.; the said premises being the defendants/respondents (dwelling place) (usual place of abode) (place of business) within the State of New York.

**4. SUB SERVICE**

By affixing a true copy thereof to the door of said premises, the same being the defendant's (dwelling place) (usual place of abode) (place of business) within the State of New York.

**5. MAIL**

Deponent completed service under the last two sections by depositing a copy of the _____ in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on _____, 20 _____.

**6. PREV. ATTEMPTS**

Deponent had previously attempted to serve the above named defendant/respondent on following dates and times on: _____ A.M. P.M.

**DESCRIPTION: (USE WITH 1, 2 or 3)**

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:
Approximate age 59   Approximate weight 150   Approximate height 5'6"   Sex Male
Color of Skin White   Color of hair Balding Brown   Other Glasses

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this 1st day of September 2010

Darla Brickman
Signature of Process Server
3-SSL-99669

DARLA BRICKMAN
Notary Public, State of New York
Reg. # 01BR6223092
Qualified in Onondaga County
Commission Expires June 7, 2014

NAPPS

Member National Association of Professional Process Servers