FILE#251308-0901 Case 1:10-cv-02188-RMB Document 48 Filed 09/16/10 Page 1 of 1

~~State of New York~~ STROOCK STROOCK & LAVAN LLP ~~County of Onondaga~~
~~Supreme County Court~~ Southern District of New York ~~City Court of Syracuse~~, New York

Westport Insurance Corporation

INDEX # 10-CV-2188
DATE OF FILING _____
PLAINTIFF/PETITIONER

VS ☐ DOCUMENTS WERE ENDORSED WITH THE INDEX NO. AND DATE OF FILING

The Hamilton Wharton Group, Inc et al

DEFENDANT/RESPONDENT

STATE OF NEW YORK )
                  ) SS.:
COUNTY OF Onondaga )

Michael Brickman, being duly sworn, deposes and says, that he served the annexed 3rd Party Summons Complaint in the above entitled action or proceeding upon Falc, Inc, the person named therein as defendant/respondent, at 5784 Widewaters Parkway Dewitt, N.Y., on September 1, 20 10 at 3:20 P.M. TIME OF SERVICE

☐ Advanced $ _____ in witness fees.

**1. PERSONAL** — By personally delivering to and leaving with said _____ a true copy thereof, and that he knew the person so served to be the person mentioned and described in said _____

**2. CORP.** X — By delivering to and leaving with Richard Poppy at 5784 Widewaters Parkway Dewitt, N.Y., and that he knew the person so served to be the Chief Executive Officer of the corporation.

**3. RESP. PERSON** — Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person: By delivering a true copy thereof to and leaving with, _____ a person of suitable age and discretion at _____, N.Y.; the said premises being the defendants/respondents (dwelling place) (usual place of abode) (place of business) within the State of New York.

**4. SUB SERVICE** — By affixing a true copy thereof to the door of said premises, the same being the defendant's (dwelling place) (usual place of abode) (place of business) within the State of New York.

**5. MAIL** — Deponent completed service under the last two sections by depositing a copy of the _____ in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on _____, 20 _____.

**6. PREV. ATTEMPTS** — Deponent had previously attempted to serve the above named defendant/respondent on following dates and times on: ___ Date ___ Time ___ A.M. P.M.
and times on: ___ Date ___ Time ___ A.M. P.M.
and times on: ___ Date ___ Time ___ A.M. P.M.

**DESCRIPTION:** (USE WITH 1, 2 or 3)
A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:
Approximate age 54 Approximate weight 150 Approximate height 5'9" Sex Male
Color of Skin White Color of hair Balding Brown Other Glasses

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this
1st day of September 20 10

Michael Brickman
Signature of Process Server
3-SSL-99668

DARLA BRICKMAN
NOTARY PUBLIC, COUNTY OF Notary Public, State of New York
NOTARY PUBLIC REGISTRATION # Reg. # 01BR6223092
MY TERM EXPIRES March 30, 20 Qualified in Onondaga County
Commission Expires June 7, 2014

NAPPS

Member National Association of Professional Process Servers