✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                 DISTRICT OF                 NEW YORK

**APPEARANCE**

Case Number:   10 CV 2188 (RMB) (THK)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

     Defendants The Hamilton Wharton Group, Inc. and Walter B. Taylor

    I certify that I am admitted to practice in this court.

| 10/1/2010 | /s/ Derek I. A. Silverman | |
|---|---|---|
| Date | Signature | |
| | Derek I.A. Silverman | 4591137 |
| | Print Name | Bar Number |
| | Stroock & Stroock & Lavan LLP, 180 Maiden Lane | |
| | Address | |
| | New York     NY     10038 | |
| | City    State    Zip Code | |
| | (212) 806-5602    (212) 806-2602 | |
| | Phone Number    Fax Number | |