```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:                           │
│ DATE FILED: 10/21/10             │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
WESTPORT INSURANCE CORPORATION,

                              Plaintiff,          STIPULATION

        -against-                                 10 Civ 2188 (RMB)

THE HAMILTON WHARTON GROUP, INC.
and WALTER B. TAYLOR, individually, et al.,

                              Defendants.
-----------------------------------------------------------------x

        IT IS HEREBY STIPULATED AND AGREED, by and between the parties of record

that the briefing schedule for the motion for summary judgment set forth at the conference on

September 29, 2010 is hereby extended as follows:  defendants' time to file the motion is

extended until October 29, 2010, the plaintiff's time to answer is extended to December 3, 2010

and the defendants' time to reply is extended until December 17, 2010.

        This stipulation may be executed in counterparts and facsimile signatures shall be

deemed originals for purposes of this stipulation.

Dated: New York, New York
        October 14, 2010

                                STROOCK & STROOCK & LAVAN LLP
                                Attorneys for Defendants Hamilton Wharton
                                    Group, Inc. and Walter B. Taylor, individually

                                By:
                                    Kevin I. Smith
                                180 Maiden Lane
                                New York, New York 10038
                                (212) 806-5594

NY 72996740v1

GARBARINI & SCHER, P.C.
Attorneys for Plaintiff Westport Insurance Corp.

By: _____

    Gregg D. Weinstock
    William G. Scher
432 Park Avenue South
New York, New York 10016
(212) 689-1113

WALKER WILCOX MATOUSEK LLP
Attorneys for Westport Insurance

By: _____

    Joyce F. Noyes
    Robert P. Conlon
    Bradley Bernau
    James W. Kienzle
225 West Washington St., Ste. 2400
Chicago, IL 60606
(312) 224-6700

ZDARSKY SAWICKI & AGOSTINELLI LLP
Attorneys for Inter-Community Hospital of
  Newfane and Integrated Care Systems, LLP

By: _____

    David E. Gutowski
    Joseph E. Zdarsky
298 Main St., Ste. 404
Buffalo, New York 14202
(716) 855-3200

STEIN & SCHONFELD
Attorneys for Praxis Housing Initiatives, Inc. and
Praxis Housing Initiatives d/b/a The Barbour Hotel

By: _____

    Robert L. Schonfeld
100 Quentin Roosevelt Blvd.
Garden City, New York 11530
(516) 542-0088

NY 72996740v1

GARBARINI & SCHER, P.C.
Attorneys for Plaintiff Westport Insurance Corp.

By: _____
        Gregg D. Weinstock
        William G. Scher
432 Park Avenue South
New York, New York 10016
(212) 689-1113

WALKER WILCOX MATOUSEK LLP
Attorneys for Westport Insurance

By: _____
        Joyce F. Noyes
        Robert P. Conlon
        Bradley Bernau
        James W. Kienzle
225 West Washington St., Ste. 2400
Chicago, IL 60606
(312) 224-6700

ZDARSKY SAWICKI & AGOSTINELLI LLP
Attorneys for Inter-Community Hospital of
  Newfane and Integrated Care Systems, LLP

By: _____
        David E. Gutowski
        Joseph E. Zdarsky
298 Main St., Ste. 404
Buffalo, New York 14202
(716) 855-3200

STEIN & SCHONFELD
Attorneys for Praxis Housing Initiatives, Inc. and
Praxis Housing Initiatives d/b/a The Barbour Hotel

By: _____
        Robert L. Schonfeld
100 Quentin Roosevelt Blvd.
Garden City, New York 11530
(516) 542-0088

GARBARINI & SCHER, P.C.
Attorneys for Plaintiff Westport Insurance Corp.

By: _____

Gregg D. Weinstock
William G. Scher
432 Park Avenue South
New York, New York 10016
(212) 689-1113

WALKER WILCOX MATOUSEK LLP
Attorneys for Westport Insurance

By: _____

Joyce F. Noyes
Robert P. Conlon
Bradley Bernau
James W. Kienzle
225 West Washington St., Ste. 2400
Chicago, IL 60606
(312) 224-6700

ZDARSKY SAWICKI & AGOSTINELLI LLP
Attorneys for Inter-Community Hospital of
 Newfane and Integrated Care Systems, LLP

By: _____

David E. Gutowski
Joseph E. Zdarsky
298 Main St., Ste. 404
Buffalo, New York 14202
(716) 855-3200

STEIN & SCHONFELD
Attorneys for Praxis Housing Initiatives, Inc. and
Praxis Housing Initiatives d/b/a The Barbour Hotel

By: _____

Robert L. Schonfeld
100 Quentin Roosevelt Blvd.
Garden City, New York 11530
(516) 542-0088

GARBARINI & SCHER, P.C.
Attorneys for Plaintiff Westport Insurance Corp.

By: _____
      Gregg D. Weinstock
      William G. Scher
432 Park Avenue South
New York, New York 10016
(212) 689-1113

WALKER WILCOX MATOUSEK LLP
Attorneys for Westport Insurance

By: _____
      Joyce F. Noyes
      Robert P. Conlon
      Bradley Bernau
      James W. Kienzle
225 West Washington St., Ste. 2400
Chicago, IL 60606
(312) 224-6700

ZDARSKY SAWICKI & AGOSTINELLI LLP
Attorneys for Inter-Community Hospital of
  Newfane and Integrated Care Systems, LLP

By: _____
      David E. Gutowski
      Joseph E. Zdarsky
298 Main St., Ste. 404
Buffalo, New York 14202
(716) 855-3200
      MORITT HOCK HAMROFF & HOROWITZ LLP
~~STEIN & SCHONFELD~~
Attorneys for Praxis Housing Initiatives, Inc. and
Praxis Housing Initiatives d/b/a The Barbour Hotel

By: _____
      Robert L. Schonfeld
~~100 Quentin Roosevelt Blvd.~~ 400 Garde City Place
Garden City, New York 11530
~~(516) 542-8888~~
(516) 873-2000

SHAUB, AHMUTY, CITRIN & SPRATT LLP
Attorneys for Healthcare Facilities Defendants

By: _____ (GR 4822)
    Steven Ahmuty
    Gerard Rath
    Timothy Capouski
1983 Marcus Avenue
Lake Success, New York 11042
(516) 488-3300

KEIDEL WELDON & CUNNINGHAM, LLP
Attorneys for IAAL, Inc., Independence Insurance
Agents and Brokers of New York IM

By: _____
    Robert Grande
    Darren B. Renner
926 Westchester Avenue
White Plains, New York 10604
(914) 948-7000

So Ordered
_____
U. S. D. J.
10/18/10

NY 72996740v1

SHAUB, AHMUTY, CITRIN & SPRATT LLP
Attorneys for Defendant Astel Healthcare LLC

By: _____

     Steven Ahmuty
     Gerard Rath
     Timothy Capouski
1983 Marcus Avenue
Lake Success, New York 11042
(516) 488-3300

KEIDEL WELDON & CUNNINGHAM, LLP
Attorneys for IAAC, Inc., Independence Insurance
Agents and Brokers of New York INC

By: _____
     Robert Grande
     Darren B. Renner
926 Westchester Avenue
White Plains, New York 10604
(914) 948-7000

So Ordered

_____
U. S. D. J.

NY 72996740v1