UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
WESTPORT INSURANCE CORPORATION,
                              Plaintiff,

v.

THE HAMILTON WHARTON GROUP, INC.,
WALTER B. TAYLOR, Individually and
INTER-COMMUNITY MEMORIAL HOSPITAL
OF NEWFANE, INC., et al.

                              Defendants.
-----------------------------------------------------------x

CASE NO.: 1:10-cv-2188 (ECF)
(RMB) (THK)

**STIPULATION TO AMEND
ANSWER TO ADD DEFENDANT
NEW YORK COUNTY HEALTH
SERVICES REVIEW
ORGANIZATION, INC.**

**IT IS HEREBY STIPULATED, AGREED,** by and between the undersigned counsel for all parties, that defendants A & T Healthcare, L.L.C., Bezalel Nursing Home Company, Inc., Creative Lifestyles, Inc., The Dennelisse Corporation, E.R.N.H. Corporation, Inc. d/b/a East Rockaway Progressive Care Facility s/h/a "E.R.N.H. a/k/a East Rockaway Nursing Home," Elmhurst Care Center, Inc., Highland Care Center, Inc., Hudson Valley Home Care, Inc., New Brighton Manor of Long Beach Home For Adults, Inc., New South Shore Manor, Inc., Nyack Manor Nursing Home, Inc., Patchogue Nursing Center, Inc., Royal Health Care Services, Inc., Unique People Services, Inc. and Flushing House United Presbyterian & Reformed Adult Ministries, Inc. (hereinafter "Healthcare Facilities Defendants"), be permitted to amend their answer to add the defendant New York County Health Services Review Organization, Inc., and that the Healthcare Facilities Defendants have until December 10, 2010 to serve and file such amended answer.

Dated:      New York, New York
              November 10, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/10

Shaub Ahmuty Citrin & Spratt LLP

By: _____
      Gerard S. Rath, Esq. (GR4822)

00531900.1                            1

655 Third Avenue
New York, NY 10017
(212) 599-8200
grath@sacslaw.com

Attorneys for Defendants:
A & T Healthcare, L.L.C., Bezalel Nursing Home Company, Inc., Creative Lifestyles, Inc., The Dennelisse Corporation, E.R.N.H. Corporation, Inc. d/b/a East Rockaway Progressive Care Facility s/h/a "E.R.N.H. a/k/a East Rockaway Nursing Home," Elmhurst Care Center, Inc., Highland Care Center, Inc., Hudson Valley Home Care, Inc., New Brighton Manor of Long Beach Home For Adults, Inc., New South Shore Manor, Inc., Nyack Manor Nursing Home, Inc., Patchogue Nursing Center, Inc., Royal Health Care Services, Inc., Unique People Services, Inc. and Flushing House United Presbyterian & Reformed Adult Ministries, Inc.


Zdarsky, Sawicki & Agostinelli LLP
Attorneys for Intergrated Care Systems, LLC and Inter-Community Memorial Hospital of Newfane, Inc.

By: _____
       David E. Gutkowski
       Joseph E. Zdarsky
298 Main Street, Suite 404
Buffalo, NY 14202
(716) 855-3200


Moritt Hock Hamroff & Horowitz LLP
Attorneys for Praxis Housing Initiatives d/b/a The Barbour Hotel

By: _____
       Robert L. Schonfeld
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000

655 Third Avenue
New York, NY 10017
(212) 599-8200
grath@sacslaw.com

Attorneys for Defendants:
A & T Healthcare, L.L.C., Bezalel Nursing Home Company, Inc., Creative Lifestyles, Inc., The Dennelisse Corporation, E.R.N.H. Corporation, Inc. d/b/a East Rockaway Progressive Care Facility s/h/a "E.R.N.H. a/k/a East Rockaway Nursing Home," Elmhurst Care Center, Inc., Highland Care Center, Inc., Hudson Valley Home Care, Inc., New Brighton Manor of Long Beach Home For Adults, Inc., New South Shore Manor, Inc., Nyack Manor Nursing Home, Inc., Patchogue Nursing Center, Inc., Royal Health Care Services, Inc., Unique People Services, Inc. and Flushing House United Presbyterian & Reformed Adult Ministries, Inc.

Zdarsky, Sawicki & Agostinelli LLP
Attorneys for Intergrated Care Systems, LLC and Inter-Community Memorial Hospital of Newfane, Inc.

By: _____
    David E. Gutkowski
    Joseph E. Zdarsky
298 Main Street, Suite 404
Buffalo, NY 14202
(716) 855-3200

Moritt Hock Hamroff & Horowitz LLP
Attorneys for Praxis Housing Initiatives d/b/a The Barbour Hotel

By: _____
    Robert L. Schonfeld
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000

00531900.1

2

Stroock & Stroock & Lavan LLP
Attorneys for The Hamilton Wharton Group Inc.
and Walter B. Taylor

By: _____
180 Maiden Lane
New York, NY 10038
(212)-806-5594

Walker Wilcox Matousek LLP
Attorneys for Westport Insurance Corporation

By: _____
Joyce F. Noyes
Robert P. Conlon
Bradley Bernau
James W. Kienzle
225 West Washington Street
Suite 2400
Chicago, IL 60606
(312) 244-6700

Garbarini & Scher, P.C.
Attorneys for Westport Insurance Corporation

By: _____
Gregg D. Weinstock
William G. Scher
432 Park Avenue South
New York, NY 10016
(212) 689-1113

So Ordered: _Richard M. Berman_____
U.S.D.J.

00531900.1

3

Stroock & Stroock & Lavan LLP
Attorneys for The Hamilton Wharton Group Inc.
and Walter B. Taylor

By: _____
180 Maiden Lane
New York, NY 10038
(212)-806-5594

Walker Wilcox Matousek LLP
Attorneys for Westport Insurance Corporation

By: _____
Joyce F. Noyes
Robert P. Conlon
Bradley Bernau
James W. Kienzle
225 West Washington Street
Suite 2400
Chicago, IL 60606
(312) 244-6700

Garbarini & Scher, P.C.
Attorneys for Westport Insurance Corporation

By: _____
Gregg D. Weinstock
William G. Scher
432 Park Avenue South
New York, NY 10016
(212) 689-1113

So Ordered: _____
U.S.D.J.

00531900.1                                              3