UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WESTPORT INSURANCE CORPORATION,
                                    Plaintiff,

v.                                                                                    CASE NO.: 1:10-cv-2188
                                                                                      (RMB) (THK)

THE HAMILTON WHARTON GROUP, INC.,
WALTER B. TAYLOR, Individually and                        **AMENDED RULE 7.1 STATEMENT**
INTER-COMMUNITY MEMORIAL HOSPITAL
OF NEWFANE, INC., et al.

                                    Defendants.
------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

A & T Healthcare, L.L.C., Bezalel Nursing Home Company, Inc., Creative Lifestyles, Inc., The Dennelisse Corporation, E.R.N.H. Corporation, Inc. d/b/a East Rockaway Progressive Care Facility s/h/a "E.R.N.H. a/k/a East Rockaway Nursing Home," Elmhurst Care Center, Inc., Highland Care Center, Inc., Hudson Valley Home Care, Inc., New Brighton Manor of Long Beach Home For Adults, Inc., New South Shore Manor, Inc., Nyack Manor Nursing Home, Inc., Patchogue Nursing Center, Inc., Royal Health Care Services, Inc., Unique People Services, Inc., Flushing House United Presbyterian & Reformed Adult Ministries, Inc. and New York County Health Services Review Organization, Inc.

(private non-governmental parties)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

                                                None

Dated:            December 7, 2010
City, State:      Lake Success, New York

                                                            /s/
                                        Steven J. Ahmuty, Jr., Esq. (SA8923)
                                        Shaub Ahmuty Citrin & Spratt LLP
                                        1983 Marcus Avenue
                                        Lake Success, NY 11042
                                        (516) 488-3300
                                        sahmuty@sacslaw.com

00871505.1