# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Westport Insurance Corporation,

Plaintiff,

-v-

The Hamilton Wharton Group, Inc.
Walter B. Taylor, individually, et al.

Defendant.

Case No. 10 CV 2188

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Praxis Housing Initiatives, Inc. and Praxis Housing Initiatives, Inc. d/b/a The Barbour Hotel (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** January 3, 2011

Signature of Attorney

**Attorney Bar Code:** RS 7777