UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

WESTPORT INSURANCE CORPORATION,

        Plaintiff

-against-

THE HAMILTON WHARTON GROUP, INC.,
WALTER B. TAYLOR, individually, etc.

-----------------------------------------------------------------------X

ANSWER TO AMENDED COMPLAINT

DOCKET NO.
10 CV 2188
(RMB)(THK)

      Defendants Praxis Housing Initiatives, Inc. and Praxis Housing Initiatives d/b/a THE BARBOUR HOTEL, by their attorneys MORITT HOCK & HAMROFF LLP, in answer to the complaint.

1. Admit the allegations contained in paragraphs 39, 62-75, 89, 90, 95, 96, 99, 108, 114, 118 and 119 of the complaint and as realleged elsewhere in the complaint.

2. Deny knowledge or information to form a belief as to the remainder of the allegations in the complaint and as realleged throughout the complaint.

<u>AS AND FOR A FIRST DEFENSE</u>

3. The complaint fails to state a cause of action against defendants Praxis Housing Initiatives, Inc. and Praxis Housing Initiatives d/b/a THE BARBOUR HOTEL.

WHEREFORE, it is respectfully requested that this Court dismiss this action against defendants Praxis Housing Initiatives, Inc. and Praxis Housing Initiatives d/b/a THE BARBOUR HOTEL.

Dated: Garden City, New York
January 3, 2011

        MORITT HOCK & HAMROFF LLP
        Attorney for Defendants Praxis Housing
         Initiatives, Inc. and Praxis Housing
         Initiatives d/b/a The Barbour Hotel
        By: /s/ Robert L. Schonfeld

        ROBERT L. SCHONFELD (RS7777)
        400 Garden City Plaza
        Garden City, New York 11530
        (516) 873-2000