<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK )
                          ) ss.:
COUNTY OF NASSAU  )

       DOREEN C. SAROVEC, being sworn says:  I am not a party to the action, am over 18 years of age and reside at Selden, New York.

       On January 4, 2011, I caused to be served a true copy of the Answer to Amended Complaint by first class mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Walker Wilcox Matousek LLP
225 West Washington Street
Chicago, IL  60606

Keidel Weldon Cunningham LLP
925 Westchester Avenue
White Plains, NY  10601

Zdarsky, Sawicki & Agostinelli, LLP
298 Main Street, Suite 204
Buffalo, NY  14202

Gross Shuman Brizdle & Gilfilan PC
465 Main Street
Buffalo, NY  14203

Garbarini & Scher, P.C.
432 Park Avenue South
New York, NY  10016

Stroock Stroock  & Lavin, LLP
180 Maiden Lane
New York, NY  10038

Duane Morris LLP
1540 Broadway
New York, NY  10036

Shaub Ahmuty Citrin & Spratt LLP
1983 Marcus Avenue
Lake Success, NY  11042-1056

Doreen C. Sarovec

Sworn to before me this
4th day of January, 2011

Notary Public

ELIZABETH A. SINCLAIR
Notary Public, State of New York
No. 01SI6039945
Qualified in Nassau County
Commission Expires April 10, 2014

189406v1