UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------ x

WESTPORT INSURANCE CORPORATION,

Plaintiff,

- against -

THE HAMILTON WHARTON GROUP, INC., WALTER B. TAYLOR, individually,

- and –

INTER-COMMUNITY MEMORIAL HOSPITAL OF NEWFANE, INC., INTEGRATED CARE SYSTEMS, LLC., A&T HEALTHCARE, LLC., AARON SELIGSON, MARTIN S. ROTHMAN, ABRAHAM V. FRIEDMAN, ESTATE OF HERBERT A. ROTHMAN, ESTATE OF BERNARD FEUER, PARTNERS, d/b/a/ BROOKHAVEN BEACH HEALTH RELATED FACILITY; AARON SELIGSON, MARTIN S. ROTHMAN, ABRAHAM V. FRIEDMAN, ESTATE OF HERBERT A. ROTHMAN, ESTATE OF BERNARD FEUER, PARTNERS, d/b/a ROCKVILLE RESIDENCE MANOR; AMERICAN GERI-CARE, INC., BEZALEL NURSING HOME COMPANY, INC., ; CREATIVE LIFESTYLES, INC., PREFERRED HEALTH CARE SERVICES INC., n/k/a COTTAGE HOMECARE SERVICES, INC., EAST NEW YORK URBAN YOUTH CORPS; E.R.N.H. a/k/a EAST ROCKAWAY NURSING HOME; ELMHURST CARE CENTER, INC.; GEORGE KATZ AND SUZIE KLEIN d/b/a THE NEW BRIGHTON MANOR OF LONG BEACH HOME FOR ADULTS; GREATER NEW YORK HOME CARE SYSTEMS, INC.; HIGHLAND CARE CENTER, INC., HUDSON VALLEY HOME CARE, INC., KESER NURSING & REHABILITATION CENTER, INC.; LOGAN & LOGAN, INC., f/k/a CEDAR LODGE NURSING HOME; NEW SOUTH SHORE MANOR; NEW YORK COUNTY SERVICES REVIEW ORGANIZATION; NYACK MANOR NURSING HOME; OYSTER BAY MANOR SENIOR RESIDENCE, INC., PERSONNEL MANAGEMENT SERVICES, LLC., ROYAL HEALTH CARE SERVICES, INC., ;Paradigm ST. MICHAEL'S HOME; THE DENNELISSE CORPORATION; THE ESTATE OF PAUL C. MAGGIO d/b/a PATCHOGUE NURSING CENTER; UNIQUE PEOPLE SERVICES, INC.; UNITED PRESBYTERIAN AND REFORM ADULT MINISTRIES d/b/a FLUSHING HOUSE; PRAXIS HOUSING INITIATIVES, INC.,, and PRAXIS HOUSING INITIATIVES d/b/a THE BARBOUR HOTEL.

Defendants.

------------------------------------------------------------------------------ x

Case No. 10CV2188

AFFIDAVIT OF SERVICE

AFFIDAVIT OF SERVICE BY
REGULAR MAIL

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

Sandy Hazan, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Little Neck, New York.

That on the 5th day of January, 2011, deponent served the within, ANSWER TO FIRST AMENDED COMPLAINT WITH JURY DEMAND, upon:

Walker Wilcox Matousek LLP
225 West Washington Street
Suite 2400
Chicago, IL 60606

Keidel Weldon Cunningham LLP
925 Westchester Avenue
White Plains, NY 10601

Garbarini & Scher, P.C.
432 Park Avenue South
New York, NY 10016

Gross Shuman Brizdle & Gilfilan PC
465 Main Street
Buffalo, NY 14203

Zardsky Sawicki & Agostinelli, LLP
298 Main Street, Suite 204
Buffalo, NY 14202

Stoock Stroock & Lavan
180 Maiden Lane
New York, NY 10038

Duane Morris LLP
1540 Broadway
New York, NY 10036

at the address designated by said attorney(s) for that purpose, by depositing a true copy thereof enclosed in a properly addressed wrapper, into the custody of the overnight delivery service for overnight delivery, prior to the latest time designated by the overnight delivery service for overnight delivery.

Sandy Hazan

Sworn to before me this
5th day of January, 2011

Notary Public

ROBERT M. ORTIZ
Notary Public, State of New York
No. 02OR5055596
Qualified in Nassau County
My Commission Expires Feb. 12, 20 14