UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Westport Insurance Corporation                                Plaintiff,<br><br>-v-<br><br>The Hamilton Wharton Group, Inc., Walter B. Taylor, individually, et al.<br>                                                                              Defendant. | Case No. 10 CV 2188<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Independent Ins. Agents & Brokers of New York, Inc.       (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** January 10, 2011

Signature of Attorney

Attorney Bar Code: RG6958