UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Westport Insurance Corporation

Plaintiff,

-v-

The Hamilton Wharton Group, Inc., Walter B. Taylor, individually, et al.

Defendant.

Case No. 10 CV 2188

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

IAAC, Inc.              (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** January 10, 2011

Signature of Attorney

Attorney Bar Code: RG6958

Form Rule7_1.pdf  SDNY Web 10/2007