# STROOCK

## MEMO ENDORSED

RECEIVED
JAN 19 2011
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

By Hand

January 19, 2011

Kevin L. Smith
Direct Dial 212-806-5594
Direct Fax 212-806-2594
ksmith@stroock.com

Hon. Richard M. Berman
United States District Judge
United States District Court
40 Centre Street, Courtroom 706
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/11

Re: Westport Ins. Corp. v. The Hamilton Wharton Group, et al.;
    Case No. 10 CV 2188 (RMB) (THK) (the "Action")

Dear Judge Berman:

This firm is counsel to defendants, The Hamilton Wharton Group, Inc. ("Hamilton Wharton") and Walter B. Taylor, individually ("Taylor") (together "Defendants") in the Action.

At the Court's request, I am submitting a stipulation (the "Stipulation") that is intended to clarify the effect of the recently filed First Amended Complaint and responsive pleadings on the dispositive motions currently pending before your Honor.

A copy of the Stipulation, which has been signed by counsel for the parties, is enclosed. As permitted by the Stipulation, we are submitting it *ex parte* and without notice, for the purpose of "so-ordering" same.

Respectfully submitted,

Kevin L. Smith

Enclosure

---

This approach is acceptable assuming the new party, New York County Health Services Review Organization, Inc. agrees to be bound by the instant summary judgment motion and there will be no further motions for summary judgment.

SO ORDERED:
Date: 1/21/11

Richard M. Berman, U.S.D.J.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM