**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

  MAUREEN GRIFFIN, being duly sworn, deposes and says, that the deponent is not a party of the action and is over 18 years of age.

  That on the 3rd day of February, 2011, the undersigned served the within **WESTPORT INSURANCE CORPORATION'S ANSWER TO COUNTERCLAIM OF THE DEFENDANTS THE HAMILTON WHARTON GROUP, INC. AND WALTER B. TAYLOR, INDIVIDUALLY** dated February 3, 2011 upon the attorneys named below by depositing a true copy of the same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York, and directed to the said attorneys at the address indicated below, such address being the address designated by said attorneys for that purpose.

  STROOCK, STROOCK & LAVAN, LLP
Attorneys for Defendants *The Hamilton Wharton Group, Inc. and Walter B. Taylor*
180 Maiden Lane
New York, NY 10038
Attn: Kevin Smith, Esq.

  ZDARSKY, SAWICKI & AGOSTINELLI, LLP
Attorneys for Defendants
*Inter-Community Memorial Hospital of Newfane, Inc.*
*Integrated Care Systems, LLC*
404 Cathedral Place
298 Main Street
Buffalo, NY 14202
Attn: Joseph E. Zdarsky, Esq.

  MORITT HOCK HAMROFF & HOROWITZ, LLP
Attorneys for Defendants
*Praxis Housing Initiatives, Inc. and Praxis Housing Initiatives d/b/a The Barbour Hotel*
400 Garden City Plaza
Garden City, New York 11530
Attn: Robert L. Schonfeld, Esq.

  SHAUB, AHMUTY, CITRIN & SPRATT, LLP
Attorneys for Defendants
*A&T Healthcare, LLC; Bezalel Nursing Home Company,*
*Inc.; Creative Lifestyles, Inc.; The Dennelisse Corporation;*
*E.R.N.H. Corporation, Inc. d/b/a East Rockaway Progressive*
*Care Facility s/h/a E.R.N.H. a/k/a East Rockaway Nursing*
*Home; Elmhurst Care Center, Inc.; Highland Care Center,*
*Inc.; Hudson Valley Home Care, Inc.; The New Brighton*

*Manor of Long Beach Home for Adults; New South Shore Manor; Nyack Manor Nursing Home; Patchogue Nursing Center, Inc. s/h/a The Estate of Paul C. Maggio d/b/a Patchogue Nursing Center; Royal Health Care Services, Inc.; Unique People Services, Inc.; Flushing House United Presbyterian & Reformed Adult Ministries, Inc. s/h/a United Presbyterian and Reform Adult Ministries d/b/a Flushing House, and New York County Health Services Review Organization*
1983 Marcus Avenue
Lake Success, New York 11042-1056
(212) 488-3300

KEIDEL, WELDON & CUNNINGHAM, LLP
Attorneys for Third-Party Defendants
*IAAC, Inc. and Independent Insurance Agents & Brokers of New York, Inc.*
925 Westchester Avenue, Suite 400
White Plains, New York 10604
Attn: Robert J. Grande, Esq.

GROSS, SHUMAN, BRIZDLE & GILFILLAN, P.C.
Attorneys for Defendants
*Alternative Stagging, Inc.; B&H HealthCare Services, Inc. d/b/a Nursing Personnel; Barksdale Management Corp.; Briarwood Manor, Inc.; Bronxwood Home for the Aged, Inc.; Caring Professionals, Inc.; Cedar Manor, Inc.; COHME, Inc.; Crown Nursing Home Associates, Inc.; Dentserv Dental Services, P.C.; Desmond McManus d/b/a Bayshore Home for Adults; Telford Home Assistance, Inc. d/b/a Extended Care health Services; Extended Nursing Personnel CHHA, Inc.; Gem Health Care Employment Agency, Inc.; Holliswood Care Center, Inc.; Interim Housing, Inc.; Meadowbrook Care Center, Inc.; Nassau-Suffolk Home Care & Aides, Inc.; Recreational Services, Inc.; Union Plaza Nursing Home, Inc.; Visiting Nurse Regional Health Care System, Inc.; and West Side Federation for Senior and Supportive Housing, Inc.*
465 Main Street, Suite 600
Buffalo, New York 14203
Attn: R. Scott Atwater, Esq.

[NO OTHER APPEARANCES]

                                                                    *[signature]*
                                                                    MAUREEN GRIFFIN

Sworn to before me this
3rd day of February, 2011

*[signature]*
_____
ARLENE M. MURPHY
Notary Public, State of New York
No. 01MU6130330
Qualified in New York County
Commission Expires November 21, 2014

{File: 00247881.DOCX / }