

**Robert L. Schonfeld**
Of Counsel
Email: rschonfeld@moritthock.com

February 3, 2011

Hon. Richard M. Berman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: Westport Insurance Co.
        10 CV 2188 (RMB)

Dear Judge Berman:

We represent the Praxis defendants in this action.

We write this letter expressing our consent to the handling of the summary judgment motion, joining the other defendants.

Sincerely,

Robert L. Schonfeld