UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WESTPORT INSURANCE CORPORATION

   Plaintiff

vs.

THE HAMILTON WHARTON GROUP, INC.,
WALTER B. TAYLOR, individually, et al.

   Defendants

---

THE HAMILTON WHARTON GROUP, INC.
and WALTER B. TAYLOR, individually

   Third-Party Plaintiffs

vs.

IAAC, INC. and INDEPENDENT INSURANCE
AGENTS & BROKERS OF NEW YORK, INC.

   Third-Party Defendants

---

**Notice of Appearance**
10 cv 2188 (RMB) (THK)

  PLEASE TAKE NOTICE that R. Scott Atwater, Esq. hereby appears as counsel for defendants, Alternative Staffing, Inc., B&H Healthcare Services, Inc. d/b/a Nursing Personnel, Barksdale Management Corp., Briarwood Manor, Inc., Bronxwood Home for the Aged, Inc., Caring Professionals, Inc., Cedar Manor, Inc., COHME, Inc., Crown Nursing Home Associates, Inc., Dentserv Dental Services, P.C., Desmond McManus d/b/a Bayshore Home for Adults, Telford Home Assistance, Inc. d/b/a Extended Care Health Services, Extended Nursing Personnel CHHA, Inc., GEM Health Care Employment Agency, Inc., Interim Housing, Inc., Holliswood Care Center, Inc., Meadowbrook Care Center, Inc., Nassau-Suffolk Home

Care & Aides, Inc., Recreational Services, Inc., Union Plaza Nursing Home, Inc., Visiting Nurse Regional Health Care System, Inc. and West Side Federation for Senior and Supportive Housing, Inc., in the above captioned matter and respectfully requests that his name and e-mail be added to the list of counsel appearing for the above-named defendants in this matter.

DATED: Buffalo, New York
          February 22, 2011

                                      **s/R. Scott Atwater**
                                      R. Scott Atwater, Esq.
                                      GROSS, SHUMAN, BRIZDLE
                                          & GILFILLAN, P.C.
                                      465 Main Street, Suite 600
                                      Buffalo, New York 14203
                                      716-854-4300 (telephone)
                                      716-854-2787 (telefax)
                                      satwater@gross-shuman.com
                                      Attorneys for Defendants
                                      *Alternative Staffing, Inc., B&H Healthcare Services, Inc. d/b/a Nursing Personnel, Barksdale Management Corp., Briarwood Manor, Inc., Bronxwood Home for the Aged, Inc., Caring Professionals, Inc., Cedar Manor, Inc., COHME, Inc., Crown Nursing Home Associates, Inc., Dentserv Dental Services, P.C., Desmond McManus d/b/a Bayshore Home for Adults, Telford Home Assistance, Inc. d/b/a Extended Care Health Services, Extended Nursing Personnel CHHA, Inc., GEM Health Care Employment Agency, Inc., Interim Housing, Inc., Holliswood Care Center, Inc., Meadowbrook Care Center, Inc. Nassau-Suffolk Home Care & Aides,Inc., Recreational Services, Inc., Union Plaza Nursing Home, Inc., Visiting Nurse Regional Health Care System, Inc. and West Side Federation for Senior and Supportive Housing, Inc.*

## Certificate of Service

  IT IS CERTIFIED that on this 22nd day of February, 2011, I filed electronically defendants' Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to:

| | |
|---|---|
| William G. Scher, Esq.<br>Garbarini & Scher, P.C.<br>432 Park Avenue South<br>New York, New York 10016-7790<br>wscher@garbarini-scher.com<br>*Attorneys for Plaintiff* | Joyce F. Noyes, Esq. *(admitted pro hac vice)*<br>Walker Wilcox Matousek, LLP<br>225 W. Washington Street, Suite 2400<br>Chicago, Illinois 60606-3418<br>jnoyes@wwmlawyers.com<br>*Attorneys for Plaintiff* |
| Kevin Smith, Esq.<br>Stroock & Stroock & Lavan, LLP<br>180 Maiden Lane<br>New York, New York 10038<br>ksmith@stroock.com<br>*Attorneys for Hamilton Wharton Group and Walter B. Taylor* | Joseph E. Zdarsky, Esq.<br>Zdarski Sawicki & Agostinelli, LLP<br>404 Cathedral Place, 298 Main Street<br>Buffalo, New York 14202<br>jzdarsky@zsa.cc<br>*Attorneys for Inter-Community Memorial Hospital of Newfane, Inc. n/k/a Eastern Niagara and Integrated Care Systems, LLC* |
| Robert L. Schonfeld, Esq.<br>Moritt Hock & Hamroff, LLP<br>400 Garden City Plaza<br>Garden City, New York 11530<br>rschonfeld@moritthock.com<br>*Attorneys for Praxis Housing Initiatives, Inc. and Praxis Housing Initiatives d/b/a The Barbour Hotel* | Steven Ahmuty, Jr., Esq.<br>Shaub Ahmuty Citrin & Spratt, LLP<br>1983 Marcus Avenue<br>Lake Success, New York 11042<br>sahmuty@sacslaw.com |
| Darren P. Renner, Esq.<br>Keidel Weldon & Cunningham, LLP<br>925 Westchesher Avenue, Suite 400<br>White Plains, New York 10604<br>drenner@kwcllp.com<br>*Attorneys for IAAC, Inc. and Independent Insurance Agents & Brokers of New York, Inc.* | |

                   **s/R. Scott Atwater**
                   R. Scott Atwater, Esq.