UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, <br><br> Plaintiff, <br><br> - against - <br><br> THE HAMILTON WHARTON GROUP, INC., WALTER B. TAYLOR, individually, <br><br> and <br><br> INTER-COMMUNITY MEMORIAL HOSPITAL OF NEWFANE, INC., INTEGRATED CARE SYSTEMS, LLC, A&T HEALTHCARE, LLC; AARON SELIGSON, MARTIN S. ROTHMAN, ABRAHAM V. FRIEDMAN, ESTATE OF HERBERT A. ROTHMAN, ESTATE OF BERNARD FEUER, PARTNERS d/b/a BROOKHAVEN BEACH HEALTH RELATED FACILITY; AARON SELIGSON, MARTIN S. ROTHMAN, ABRAHAM V. FRIEDMAN, ESTATE OF HERBERT A. ROTHMAN, ESTATE OF BERNARD FEUER, PARTNERS d/b/a ROCKVILLE RESIDENCE MANOR; AMERICAN GERI-CARE, INC.; BEZALEL NURSING HOME COMPANY, INC.; CREATIVE LIFESTYLES, INC.; PREFERRED HEALTH CARE SERVICES INC. n/k/a COTTAGE HOMECARE SERVICES, INC.; EAST NEW YORK URBAN YOUTH CORPS; E.R.N.H. a/k/a EAST ROCKAWAY NURSING HOME; ELMHURST CARE CENTER, INC.; GEORGE KATZ AND SUZIE KLEIN d/b/a THE NEW BRIGHTON MANOR OF LONG BEACH HOME FOR ADULTS; GREATER NEW YORK HOME CARE SYSTEMS, INC.; HIGHLAND CARE CENTER, INC.; HUDSON VALLEY HOME CARE, INC.; KESER NURSING & REHABILITATION CENTER, INC.; LOGAN & LOGAN, INC. f/k/a CEDAR LODGE NURSING HOME; NEW SOUTH SHORE MANOR; NEW YORK COUNTY SERVICES REVIEW ORGANIZATION; NYACK MANOR NURSING HOME; OYSTER BAY MANOR SENIOR RESIDENCE, INC.; PERSONNEL MANAGEMENT SERVICES, LLC; QUALITY HEALTHCARE, INC.; ROYAL HEALTH CARE SERVICES, INC.; ST. MICHAEL'S HOME; THE DENNELISSE CORPORATION; THE ESTATE OF PAUL C. MAGGIO d/b/a PATCHOGUE NURSING CENTER; UNIQUE PEOPLE SERVICES, INC.; UNITED PRESBYTERIAN AND REFORM ADULT MINISTRIES d/b/a FLUSHING HOUSE; PRAXIS HOUSINGINITIATIVES, INC.; PRAXIS HOUSING INITIATIVES d/b/a THE BARBOUR HOTEL; ALTERNATIVE STAFFING, INC.; B&H HEALTHCARE SERVICES, INC. d/b/a NURSING PERSONNEL; BARKSDALE MANAGEMENT CORP.; BRIARWOOD MANOR, INC.; BRONXWOOD HOME FOR THE AGED, INC.; CARING PROFESSIONALS, INC.; CEDAR MANOR, INC.; COHME, INC.; CROWN NURSING HOME ASSOCIATES, INC.; DENTSERV DENTAL SERVICES, P.C.; DESMOND MCMANUS d/b/a BAYSHORE HOME FOR ADULTS; TELFORD HOME ASSISTANCE, INC. d/b/a EXTENDED CARE HEALTH SERVICES; EXTENDED NURSING PERSONNEL CHHA, INC.; GEM HEALTH CARE EMPLOYMENT AGENCY, INC.; HOLLISWOOD CARE CENTER, INC.; INTERIM HOUSING, INC.; MEADOWBROOK CARE CENTER, INC.; NASSAU-SUFFOLK HOME CARE & AIDES, INC.; RECREATIONAL SERVICES, INC.; UNION PLAZA NURSING HOME, INC.; VISITING NURSE REGIONAL HEALTH CARE SYSTEM, INC.; and WEST SIDE FEDERATION FOR SENIOR AND SUPPORTIVE HOUSING, INC.; <br><br> Defendants. | Docket No. 10 CV 2188 (RMB) <br><br> AMENDED NOTICE OF APPEAL |

| THE HAMILTON WHARTON GROUP, INC. and WALTER B. TAYLOR, individually, |
| --- |
| Third-Party Plaintiffs, |
| - against - |
| IAAC, INC. and INDEPENDENT INSURANCE AGENTS & BROKERS OF NEW YORK, INC., |
| Third-Party Defendants. |

**PLEASE TAKE NOTICE** that plaintiff WESTPORT INSURANCE CORPORATION hereby appeals to the United States Court of Appeals for the Second Circuit from the Amended Judgment of the Clerk of the Court, dated March 2, 2011; from the final Decision and Order of United States District Judge Richard M. Berman, dated February 23, 2011, which granted defendants' motion for summary judgment in this action; and from the Order of United States District Judge Richard M. Berman, dated March 31, 2011, which awarded attorneys' fees in the amount of $159,477.50, and costs in the amount of $26,317.91, to the attorneys for defendants THE HAMILTON WHARTON GROUP, INC. and WALTER B. TAYLOR.

Dated: New York, New York
      April 19, 2011

                Yours, etc.,

                GARBARINI & SCHER, P.C.

                By: *William D. Buckley*
                    William D. Buckley
                Attorneys for Plaintiff - Westport Insurance Corporation
                432 Park Avenue South, 9th Floor
                New York, New York 10016-8013
                gweinstock@garbarini-scher.com
                (212) 689-1113

TO: STROOCK, STROOCK & LAVAN, LLP
Attorneys for Defendants *The Hamilton Wharton Group, Inc. and Walter B. Taylor*
180 Maiden Lane
New York, New York 10038
Attn: Kevin Smith, Esq.
(212) 806-5594

ZDARSKY, SAWICKI & AGOSTINELLI, LLP
Attorneys for Defendants
*Inter-Community Memorial Hospital of Newfane, Inc.*
*Integrated Care Systems, LLC*
404 Cathedral Place
298 Main Street
Buffalo, NY 14202
Attn: Joseph E. Zdarsky, Esq.
(716) 855-3200

MORITT HOCK HAMROFF & HOROWITZ, LLP
Attorneys for Defendants
*Praxis Housing Initiatives, Inc. and*
*Praxis Housing Initiatives d/b/a The*
*Barbour Hotel*
400 Garden City Plaza
Garden City, New York 11530
Attn: Robert L. Schonfeld, Esq.
(516) 873-2000

SHAUB, AHMUTY, CITRIN & SPRATT, LLP
Attorneys for Defendants
*A&T Healthcare, LLC; Bezalel Nursing Home Company,*
*Inc.; Creative Lifestyles, Inc.; The Dennelisse Corporation;*
*E.R.N.H. Corporation, Inc. d/b/a East Rockaway Progressive*
*Care Facility s/h/a E.R.N.H. a/k/a East Rockaway Nursing*
*Home; Elmhurst Care Center, Inc.; Highland Care Center,*
*Inc.; Hudson Valley Home Care, Inc.; The New Brighton*
*Manor of Long Beach Home for Adults; New South Shore*
*Manor; Nyack Manor Nursing Home; Patchogue Nursing*
*Center, Inc. s/h/a The Estate of Paul C. Maggio d/b/a*
*Patchogue Nursing Center; Royal Health Care Services, Inc.;*
*Unique People Services, Inc.; Flushing House United*
*Presbyterian & Reformed Adult Ministries, Inc. s/h/a United*
*Presbyterian and Reform Adult Ministries d/b/a Flushing*
*House, and New York County Health Services Review*

*Organization*
1983 Marcus Avenue
Lake Success, New York 11042-1056
Attn: Steven John Ahmuty, Jr., Esq.
(212) 488-3300

KEIDEL, WELDON & CUNNINGHAM, LLP
Attorneys for Third-Party Defendants
*IAAC, Inc. and Independent Insurance Agents &*
*Brokers of New York, Inc.*
925 Westchester Avenue, Suite 400
White Plains, New York 10604
Attn: Robert J. Grande, Esq.
(914) 948-7000

GROSS, SHUMAN, BRIZDLE & GILFILLAN, P.C.
Attorneys for Defendants
*Alternative Staffing, Inc.; B&H HealthCare Services, Inc. d/b/a Nursing Personnel; Barksdale Management Corp.; Briarwood Manor, Inc.; Bronxwood Home for the Aged, Inc.; Caring Professionals, Inc.; Cedar Manor, Inc.; COHME, Inc.; Crown Nursing Home Associates, Inc.; Dentserv Dental Services, P.C.; Desmond McManus d/b/a Bayshore Home for Adults; Telford Home Assistance, Inc. d/b/a Extended Care health Services;* Extended *Nursing Personnel CHHA, Inc.; Gem Health Care Employment Agency, Inc.; Holliswood Care Center, Inc.; Interim Housing, Inc.; Meadowbrook Care Center, Inc.; Nassau-Suffolk Home Care & Aides, Inc.; Recreational Services, Inc.; Union Plaza Nursing Home, Inc.; Visiting Nurse Regional Health Care System, Inc.; and West Side Federation for Senior and Supportive Housing, Inc.*
465 Main Street, Suite 600
Buffalo, New York 14203
Attn: R. Scott Atwater, Esq.
(716) 854-4300

NO APPEARANCES FOR DEFENDANTS
*Aaron Seligson, Martin S. Rothman, Abraham V. Friedman,*
*Estate of Herbert A. Rothman, Estate of Bernard Feuer,*
*Partners d/b/a Brookhaven Beach Health Related Facility;*
*Aaron Seligson, Martin S. Rothman, Abraham V. Friedman,*
*Estate of Herbert A. Rothman, Estate of Bernard Feuer,*
*Partners d/b/a Rockville Residence Manor; American Geri-Care,*
*Inc.; Preferred Health Care Services Inc. n/k/a Cottage Homecare*
*Services, Inc.; East New York Urban Youth Corps; George Katz*
*and Suzie Klein d/b/a Greater New York Home Care Systems, Inc.;*
*Keser Nursing & Rehabilitation Center, Inc.; Logan & Logan, Inc.*
*f/k/a Cedar Lodge Nursing Home; Oyster Bay Manor Senior*
*Residence, Inc.; Personnel Management Services, LCC; Quality*
*Healthcare, Inc.; and St. Michael's Home*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, <br><br> Plaintiff, <br><br> - against - <br><br> THE HAMILTON WHARTON GROUP, INC., WALTER B. TAYLOR, individually, <br><br> and <br><br> INTER-COMMUNITY MEMORIAL HOSPITAL OF NEWFANE, INC., INTEGRATED CARE SYSTEMS, LLC' A&T HEALTHCARE, LLC; AARON SELIGSON, MARTIN S. ROTHMAN, ABRAHAM V. FRIEDMAN, ESTATE OF HERBERT A. ROTHMAN, ESTATE OF BERNARD FEUER, PARTNERS d/b/a BROOKHAVEN BEACH HEALTH RELATED FACILITY; AARON SELIGSON, MARTIN S. ROTHMAN, ABRAHAM V. FRIEDMAN, ESTATE OF HERBERT A. ROTHMAN, ESTATE OF BERNARD FEUER, PARTNERS d/b/a ROCKVILLE RESIDENCE MANOR; AMERICAN GERI-CARE, INC.; BEZALEL NURSING HOME COMPANY, INC.; CREATIVE LIFESTYLES, INC.; *et al.*, <br><br> Defendants. | **Docket No. 10 CV 2188 (RMB)** |

| |
|---|
| THE HAMILTON WHARTON GROUP, INC. and WALTER B. TAYLOR, individually, <br><br> Third-Party Plaintiffs, <br><br> -- against -- <br><br> IAAC, INC. and INDEPENDENT INSURANCE AGENTS & BROKERS OF NEW YORK, INC. <br><br> Third-Party Defendants. |

========================================================

# AMENDED NOTICE OF APPEAL

========================================================

**GARBARINI & SCHER, P.C.**
**Attorneys for Plaintiff**
**Office & P. O. Address**
**432 Park Avenue South**
**New York, NY 10016-8013**
**Telephone (212) 689-1113**