UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
WESTPORT INSURANCE CORPORATION,    )
                                   )
            Plaintiff,             )
                                   )
vs.                                )
                                   )
THE HAMILTON WHARTON GROUP, INC.,  )
WALTER B. TAYLOR, individually,    )
                                   )
and                                )
                                   )
INTER-COMMUNITY MEMORIAL           )
HOSPITAL OF NEWFANE, INC., et al., )
                                   )
            Defendants.            )
-------------------------------------------------------

Bond 2141759

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/11

District Court Docket No.:
10 CV 2188 (RMB) (THK)

Appellate Court Docket No.:
11-1153

Plaintiff/Appellant has appealed from orders of the United States District Court for the Southern District of New York, entered in this matter on February 23, 2011, February 28, 2011, March 2, 2011 and March 31, 2011, and having procured the execution of this instrument for the purpose of complying with the Federal Rules of Civil Procedure and Federal Rules of Appellate Procedure, the undersigned surety acknowledges itself bound and indebted to The Hamilton Wharton Group, Inc. and Walter B. Taylor in the sum of $206,232.90, to be paid as required by law.

Upon conclusion of this matter, if the Plaintiff/Appellant satisfies the above identified order or any court order modifying or affirming that order and pays all costs, interest and damages for delay that may be awarded, this obligation shall be void; otherwise, it shall remain in force.

                                    North American Specialty Insurance Company

Date: May 12, 2011              By: _____

                      Approval 5/19/11    Harold Miller, Jr., Attorney in Fact

                                    RUBY J. KRAJICK
                                    CLERK OF COURT
{File: 00276650.DOCX / }

                            BY _____
                                    Deputy Clerk

**NAS SURETY GROUP**

NORTH AMERICAN SPECIALTY INSURANCE COMPANY
WASHINGTON INTERNATIONAL INSURANCE COMPANY

## GENERAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, THAT North American Specialty Insurance Company, a corporation duly organized and existing under laws of the State of New Hampshire, and having its principal office in the City of Manchester, New Hampshire, and Washington International Insurance Company, a corporation organized and existing under the laws of the State of New Hampshire and having its principal office in the City of Schaumburg, Illinois, each does hereby make, constitute and appoint:

WILLIAM T. KRUMM, JON A. SCHROEDER, SHARON A. SONDERMAN, MATTHEW V. BUOL,

KAREN E. SOCHA, HAROLD MILLER, JR., MICHAEL R. PESCH and JODIE SELLERS

jointly or severally

Its true and lawful Attorney(s)-in-Fact, to make, execute, seal and deliver, for and on its behalf and as its act and deed, bonds or other writings obligatory in the nature of a bond on behalf of each of said Companies, as surety, on contracts of suretyship as are or may be required or permitted by law, regulation, contract or otherwise, provided that no bond or undertaking or contract or suretyship executed under this authority shall exceed the amount of:

TEN MILLION ($10,000,000.00) DOLLARS

This Power of Attorney is granted and is signed by facsimile under and by the authority of the following Resolutions adopted by the Boards of Directors of both North American Specialty Insurance Company and Washington International Insurance Company at meetings duly called and held on the 24th of March, 2000:

"RESOLVED, that any two of the Presidents, any Managing Director, any Senior Vice President, any Vice President, any Assistant Vice President, the Secretary or any Assistant Secretary be, and each or any of them hereby is authorized to execute a Power of Attorney qualifying the attorney named in the given Power of Attorney to execute on behalf of the Company bonds, undertakings and all contracts of surety, and that each or any of them hereby is authorized to attest to the execution of any such Power of Attorney and to attach therein the seal of the Company; and it is

FURTHER RESOLVED, that the signature of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be binding upon the Company when so affixed and in the future with regard to any bond, undertaking or contract of surety to which it is attached."

By _____
Steven P. Anderson, President & Chief Executive Officer of Washington International Insurance Company
& Senior Vice President of North American Specialty Insurance Company

By _____
David M. Layman, Senior Vice President of Washington International Insurance Company
& Vice President of North American Specialty Insurance Company

IN WITNESS WHEREOF, North American Specialty Insurance Company and Washington International Insurance Company have caused their official seals to be hereunto affixed, and these presents to be signed by their authorized officers this 26th day of October, 2010.

**North American Specialty Insurance Company**
**Washington International Insurance Company**

State of Illinois
County of Cook   ss:

On this 26th day of October, 2010, before me, a Notary Public personally appeared Steven P. Anderson, President and CEO of Washington International Insurance Company and Senior Vice President of North American Specialty Insurance Company and David M. Layman, Senior Vice President of Washington International Insurance Company and Vice President of North American Specialty Insurance Company, personally known to me, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as officers of and acknowledged said instrument to be the voluntary act and deed of their respective companies.

"OFFICIAL SEAL"
DONNA D. SKLENS
Notary Public, State of Illinois
My Commission Expires 10/06/2011

_____
Donna D. Sklens, Notary Public

I, James A. Carpenter, the duly elected Assistant Secretary of North American Specialty Insurance Company and Washington International Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney given by said North American Specialty Insurance Company and Washington International Insurance Company, which is still in full force and effect.

IN WITNESS WHEREOF, I have set my hand and affixed the seals of the Companies this 12 day of May, 2011.

_____
James A. Carpenter, Vice President & Assistant Secretary of Washington International Insurance Company &
North American Specialty Insurance Company

**SURETY ACKNOWLEDGMENT (ATTY-IN-FACT)**

State of  Illinois
County of  DuPage            } SS:

On this __12__ day of __May__ in the year two thousand 2011 before me, Joan B. Ward, a Notary Public in and for said County and State, residing therein, duly commissioned and sworn, personally appeared **Harold Miller Jr.**, known to me to be the duly authorized Attorney-in-fact of the North American Specialty Insurance Company and the same person whose name is subscribed to the within instrument as the Attorney-in-fact of said Company, and the said **Harold Miller Jr.** duly acknowledged to me that he subscribed the name of the North American Specialty Insurance Company thereto as Surety and his own name as Attorney-in-fact. IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this Certificate first above written.

My Commission Expires
10/29/2013

_[signature]_
Notary Public in and for  DuPage
County, State of  Illinois

```
OFFICIAL SEAL
JOAN B WARD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/29/13
```