UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WESTPORT INSURANCE CORPORATION,

                        Plaintiff,

- against -

THE HAMILTON WHARTON GROUP, INC., WALTER B. TAYLOR, individually,

and

INTER-COMMUNITY MEMORIAL HOSPITAL OF NEWFANE, INC., INTEGRATED CARE SYSTEMS, LLC, A&T HEALTHCARE, LLC; AARON SELIGSON, MARTIN S. ROTHMAN, ABRAHAM V. FRIEDMAN, ESTATE OF HERBERT A. ROTHMAN, ESTATE OF BERNARD FEUER, PARTNERS d/b/a BROOKHAVEN BEACH HEALTH RELATED FACILITY; AARON SELIGSON, MARTIN S. ROTHMAN, ABRAHAM V. FRIEDMAN, ESTATE OF HERBERT A. ROTHMAN, ESTATE OF BERNARD FEUER, PARTNERS d/b/a ROCKVILLE RESIDENCE MANOR; AMERICAN GERI-CARE, INC.; BEZALEL NURSING HOME COMPANY, INC.; CREATIVE LIFESTYLES, INC.; PREFERRED HEALTH CARE SERVICES INC. n/k/a COTTAGE HOMECARE SERVICES, INC.; EAST NEW YORK URBAN YOUTH CORPS; E.R.N.H. a/k/a EAST ROCKAWAY NURSING HOME; ELMHURST CARE CENTER, INC.; GEORGE KATZ AND SUZIE KLEIN d/b/a THE NEW BRIGHTON MANOR OF LONG BEACH HOME FOR ADULTS; GREATER NEW YORK HOME CARE SYSTEMS, INC.; HIGHLAND CARE CENTER, INC.; HUDSON VALLEY HOME CARE, INC.; KESER NURSING & REHABILITATION CENTER, INC.; LOGAN & LOGAN, INC. f/k/a CEDAR LODGE NURSING HOME; NEW SOUTH SHORE MANOR; NEW YORK COUNTY SERVICES REVIEW ORGANIZATION; NYACK MANOR NURSING HOME; OYSTER BAY MANOR SENIOR RESIDENCE, INC.; PERSONNEL MANAGEMENT SERVICES, LLC; QUALITY HEALTHCARE, INC.; ROYAL HEALTH CARE SERVICES, INC.; ST. MICHAEL'S HOME; THE DENNELISSE CORPORATION; THE ESTATE OF PAUL C. MAGGIO d/b/a PATCHOGUE NURSING CENTER; UNIQUE PEOPLE SERVICES, INC.; UNITED PRESBYTERIAN AND REFORM ADULT MINISTRIES d/b/a FLUSHING HOUSE; PRAXIS HOUSINGINITIATIVES, INC.; PRAXIS HOUSING INITIATIVES d/b/a THE BARBOUR HOTEL; ALTERNATIVE STAFFING, INC.; B&H HEALTHCARE SERVICES, INC. d/b/a NURSING PERSONNEL; BARKSDALE MANAGEMENT CORP.; BRIARWOOD MANOR, INC.; BRONXWOOD HOME FOR THE AGED, INC.;CARING PROFESSIONALS, INC.; CEDAR MANOR, INC.; COHME, INC.; CROWN NURSING HOME ASSOCIATES, INC.; DENTSERV DENTAL SERVICES, P.C.; DESMOND MCMANUS d/b/a BAYSHORE HOME FOR ADULTS; TELFORD HOME ASSISTANCE, INC. d/b/a EXTENDED CARE HEALTH SERVICES; EXTENDED NURSING PERSONNEL CHHA, INC.; GEM HEALTH CARE EMPLOYMENT AGENCY, INC.; HOLLISWOOD CARE CENTER, INC.; INTERIM HOUSING, INC.; MEADOWBROOK CARE CENTER, INC.; NASSAU-SUFFOLK HOME CARE & AIDES, INC.; RECREATIONAL SERVICES, INC.; UNION PLAZA NURSING HOME, INC.; VISITING NURSE REGIONAL HEALTH CARE SYSTEM, INC.; and WEST SIDE FEDERATION FOR SENIOR AND SUPPORTIVE HOUSING, INC.;

                        Defendants.

---

**Docket No. 10 CV 2188 (RMB)**

**NOTICE OF FILING OF APPEAL BOND**

```
THE HAMILTON WHARTON GROUP, INC. and WALTER B. TAYLOR,
individually,

                                    Third-Party Plaintiffs,

        - against --

IAAC, INC. and INDEPENDENT INSURANCE AGENTS & BROKERS OF NEW
YORK, INC.,

                                    Third-Party Defendants.
```

Plaintiff-Appellant, WESTPORT INSURANCE CORPORATION, by its attorneys, Walker, Wilcox, Matousek and Garbarini & Scher, P.C., hereby advise you that it filed the attached appeal bond with the United States District Court for the Southern District of New York on May 19, 2011.

Dated: New York, New York
       May 25, 2011

                                    Yours, etc.,

                                    GARBARINI & SCHER, P.C.

                            By:     _____
                                    Gregg D. Weinstock (GW-8078)
                                    Attorneys for Plaintiff
                                    432 Park Avenue South, 9th Floor
                                    New York, New York 10016-8013
                                    gweinstock@garbarini-scher.com
                                    (212) 689-1113

                                    Walker, Wilcox, Matousek
                                    225 W. Washington Street, Suite 2400
                                    Chicago, IL  60606-3418
                                    Attn: James W. Kienzle, Esq.

TO: STROOCK, STROOCK & LAVAN, LLP
Attorneys for Defendants
*The Hamilton Wharton Group, Inc. and*
*Walter B. Taylor*
180 Maiden Lane
New York, New York 10038
Attn: Kevin Smith, Esq.
(212) 806-5594

ZDARSKY, SAWICKI & AGOSTINELLI, LLP
Attorneys for Defendants
*Inter-Community Memorial Hospital of Newfane, Inc.*
*Integrated Care Systems, LLC*
404 Cathedral Place
298 Main Street
Buffalo, NY 14202
Attn: Joseph E. Zdarsky, Esq.
(716) 855-3200

MORITT HOCK HAMROFF & HOROWITZ, LLP
Attorneys for Defendants
*Praxis Housing Initiatives, Inc. and*
*Praxis Housing Initiatives d/b/a The*
*Barbour Hotel*
400 Garden City Plaza
Garden City, New York 11530
Attn: Robert L. Schonfeld, Esq.
(516) 873-2000

SHAUB, AHMUTY, CITRIN & SPRATT, LLP
Attorneys for Defendants
*A&T Healthcare, LLC; Bezalel Nursing Home Company,*
*Inc.; Creative Lifestyles, Inc.; The Dennelisse Corporation;*
*E.R.N.H. Corporation, Inc. d/b/a East Rockaway Progressive*
*Care Facility s/h/a E.R.N.H. a/k/a East Rockaway Nursing*
*Home; Elmhurst Care Center, Inc.; Highland Care Center,*
*Inc.; Hudson Valley Home Care, Inc.; The New Brighton*
*Manor of Long Beach Home for Adults; New South Shore*
*Manor; Nyack Manor Nursing Home; Patchogue Nursing*
*Center, Inc. s/h/a The Estate of Paul C. Maggio d/b/a*
*Patchogue Nursing Center; Royal Health Care Services, Inc.;*
*Unique People Services, Inc.; Flushing House United*
*Presbyterian & Reformed Adult Ministries, Inc. s/h/a United*

*Presbyterian and Reform Adult Ministries d/b/a Flushing House, and New York County Health Services Review Organization*
1983 Marcus Avenue
Lake Success, New York 11042-1056
Attn: Steven John Ahmuty, Jr., Esq.
(212) 488-3300

KEIDEL, WELDON & CUNNINGHAM, LLP
Attorneys for Third-Party Defendants *IAAC, Inc. and Independent Insurance Agents & Brokers of New York, Inc.*
925 Westchester Avenue, Suite 400
White Plains, New York 10604
Attn: Robert J. Grande, Esq.
(914) 948-7000

GROSS, SHUMAN, BRIZDLE & GILFILLAN, P.C.
Attorneys for Defendants
*Alternative Staffing, Inc.; B&H HealthCare Services, Inc. d/b/a Nursing Personnel; Barksdale Management Corp.; Briarwood Manor, Inc.; Bronxwood Home for the Aged, Inc.; Caring Professionals, Inc.; Cedar Manor, Inc.; COHME, Inc.; Crown Nursing Home Associates, Inc.; Dentserv Dental Services, P.C.; Desmond McManus d/b/a Bayshore Home for Adults; Telford Home Assistance, Inc. d/b/a Extended Care health Services; Extended Nursing Personnel CHHA, Inc.; Gem Health Care Employment Agency, Inc.; Holliswood Care Center, Inc.; Interim Housing, Inc.; Meadowbrook Care Center, Inc.; Nassau-Suffolk Home Care & Aides, Inc.; Recreational Services, Inc.; Union Plaza Nursing Home, Inc.; Visiting Nurse Regional Health Care System, Inc.; and West Side Federation for Senior and Supportive Housing, Inc.*
465 Main Street, Suite 600
Buffalo, New York 14203
Attn: R. Scott Atwater, Esq.
(716) 854-4300

NO APPEARANCES FOR DEFENDANTS
*Aaron Seligson, Martin S. Rothman, Abraham V. Friedman, Estate of Herbert A. Rothman, Estate of Bernard Feuer, Partners d/b/a Brookhaven Beach Health Related Facility; Aaron Seligson, Martin S. Rothman, Abraham V. Friedman, Estate of Herbert A. Rothman, Estate of Bernard Feuer, Partners d/b/a Rockville Residence Manor; American Geri-Care, Inc.; Preferred Health Care Services Inc. n/k/a Cottage Homecare Services, Inc.; East New York Urban Youth Corps; George Katz and Suzie Klein d/b/a Greater New York Home Care Systems, Inc.; Keser Nursing & Rehabilitation Center, Inc.; Logan & Logan, Inc. f/k/a Cedar Lodge Nursing Home; Oyster Bay Manor Senior Residence, Inc.; Personnel Management Services, LCC; Quality Healthcare, Inc.; and St. Michael's Home*



S.D. OF N.Y.

Bond 2141759

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WESTPORT INSURANCE CORPORATION, )
　)
　　　　　　　Plaintiff, )
vs. )    District Court Docket No.:
　)    10 CV 2188 (RMB) (THK)
THE HAMILTON WHARTON GROUP, INC., )
WALTER B. TAYLOR, individually, )
　)    Appellate Court Docket No.:
and )    11-1153
　)
INTER-COMMUNITY MEMORIAL )
HOSPITAL OF NEWFANE, INC., et al., )
　)
　　　　　　　Defendants. )

---

Plaintiff/Appellant has appealed from orders of the United States District Court for the Southern District of New York, entered in this matter on February 23, 2011, February 28, 2011, March 2, 2011 and March 31, 2011, and having procured the execution of this instrument for the purpose of complying with the Federal Rules of Civil Procedure and Federal Rules of Appellate Procedure, the undersigned surety acknowledges itself bound and indebted to The Hamilton Wharton Group, Inc. and Walter B. Taylor in the sum of $206,232.90, to be paid as required by law.

Upon conclusion of this matter, if the Plaintiff/Appellant satisfies the above identified order or any court order modifying or affirming that order and pays all costs, interest and damages for delay that may be awarded, this obligation shall be void; otherwise, it shall remain in force.

North American Specialty Insurance Company

Date: May 12, 2011     By: _____

Harold Miller, Jr., Attorney in Fact

{File: 00276650.DOCX / }

## NAS SURETY GROUP

NORTH AMERICAN SPECIALTY INSURANCE COMPANY
WASHINGTON INTERNATIONAL INSURANCE COMPANY

### GENERAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, THAT North American Specialty Insurance Company, a corporation duly organized and existing under laws of the State of New Hampshire, and having its principal office in the City of Manchester, New Hampshire, and Washington International Insurance Company, a corporation organized and existing under the laws of the State of New Hampshire and having its principal office in the City of Schaumburg, Illinois, each does hereby make, constitute and appoint:

WILLIAM T. KRUMM, JON A. SCHROEDER, SHARON A. SONDERMAN, MATTHEW V. BUOL,

KAREN E. SOCHA, HAROLD MILLER, JR., MICHAEL R. PESCH and JODIE SELLERS

jointly or severally

Its true and lawful Attorney(s)-in-Fact, to make, execute, seal and deliver, for and on its behalf and as its act and deed, bonds or other writings obligatory in the nature of a bond on behalf of each of said Companies, as surety, on contracts of suretyship as are or may be required or permitted by law, regulation, contract or otherwise, provided that no bond or undertaking or contract or suretyship executed under this authority shall exceed the amount of:        TEN MILLION ($10,000,000.00) DOLLARS

This Power of Attorney is granted and is signed by facsimile under and by the authority of the following Resolutions adopted by the Boards of Directors of both North American Specialty Insurance Company and Washington International Insurance Company at meetings duly called and held on the 24th of March, 2000:

"RESOLVED, that any two of the Presidents, any Managing Director, any Senior Vice President, any Vice President, any Assistant Vice President, the Secretary or any Assistant Secretary be, and each or any of them hereby is authorized to execute a Power of Attorney qualifying the attorney named in the given Power of Attorney to execute on behalf of the Company bonds, undertakings and all contracts of surety, and that each or any of them hereby is authorized to attest to the execution of any such Power of Attorney and to attach therein the seal of the Company; and it is

FURTHER RESOLVED, that the signature of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be binding upon the Company when so affixed and in the future with regard to any bond, undertaking or contract of surety to which it is attached."

By _____
Steven P. Anderson, President & Chief Executive Officer of Washington International Insurance Company
& Senior Vice President of North American Specialty Insurance Company

By _____
David M. Layman, Senior Vice President of Washington International Insurance Company
& Vice President of North American Specialty Insurance Company

IN WITNESS WHEREOF, North American Specialty Insurance Company and Washington International Insurance Company have caused their official seals to be hereunto affixed, and these presents to be signed by their authorized officers this 26th day of October, 2010.

North American Specialty Insurance Company
Washington International Insurance Company

State of Illinois
County of Cook     ss:

On this 26th day of October, 2010, before me, a Notary Public personally appeared __Steven P. Anderson__, President and CEO of Washington International Insurance Company and Senior Vice President of North American Specialty Insurance Company and __David M. Layman__, Senior Vice President of Washington International Insurance Company and Vice President of North American Specialty Insurance Company, personally known to me, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as officers of and acknowledged said instrument to be the voluntary act and deed of their respective companies.

"OFFICIAL SEAL"
DONNA D. SKLENS
Notary Public, State of Illinois
My Commission Expires 10/06/2011

_____
Donna D. Sklens, Notary Public

I, __James A. Carpenter__, the duly elected __Assistant Secretary__ of North American Specialty Insurance Company and Washington International Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney given by said North American Specialty Insurance Company and Washington International Insurance Company, which is still in full force and effect.

IN WITNESS WHEREOF, I have set my hand and affixed the seals of the Companies this 12 day of May, 2011.

_____
James A. Carpenter, Vice President & Assistant Secretary of Washington International Insurance Company &
North American Specialty Insurance Company

**SURETY ACKNOWLEDGMENT (ATTY-IN-FACT)**

State of __Illinois__ } SS:
County of __DuPage__

On this __12__ day of __May__ in the year two thousand 2011 before me, __Joan B. Ward__, a Notary Public in and for said County and State, residing therein, duly commissioned and sworn, personally appeared __Harold Miller Jr.__, known to me to be the duly authorized Attorney-in-fact of the __North American Specialty Insurance Company__ and the same person whose name is subscribed to the within instrument as the Attorney-in-fact of said Company, and the said __Harold Miller Jr.__ duly acknowledged to me that he subscribed the name of the __North American Specialty Insurance Company__ thereto as Surety and his own name as Attorney-in-fact. IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this Certificate first above written.

My Commission Expires
__10/29/2013__

Notary Public in and for __DuPage__
County, State of __Illinois__

```
OFFICIAL SEAL
JOAN B WARD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/29/13
```